# UNITED STATES BANKRUPTCY COURT
## MIDDLE District - FLORIDA

In re:

DOBBIE, JOHN J AND DARCY L

    Debtors.

_____/

CASE NO.  8:13-BK-11372-MGW

CHAPTER 7 Case

## NOTICE OF ADDITIONAL CREDITORS

Doug Belden, as Tax Collector of Hillsborough County, Florida, hereby gives notice that the individuals listed below have purchased the pre-petition, secured ad-valorem real property tax liens of Hillsborough County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statutes.

| CERTIFICATE HOLDER | MARGARET MACHADO |
|---|---|
| FOLIO NUMBER | 5755.5329 |
| TAX YEAR | 2009 |
| CERTIFICATE AMOUNT | 152.27 |
| CERTIFICATE NUMBER | 215502-10 |
| DATE PURCHASED | 05/29/10 |
| INTEREST RATE | 17.50% |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been provided either by U.S. Mail or Electronically to MARGARET MACHADO, 6005 SHELDON RD , TAMPA FL 33615; JEFFREY R THIBAULT TAMPA BAY BANKRUPTCY CENTER PA PO BOX 2764 TAMPA FL 33601; RICHARD M DAUVAL PO BOX 13607 ST PETERSBURG FL 33733.

United States Bankruptcy Court, MIDDLE District, SAM M GIBBONS COURTHOUSE, 801 N FLORIDA AVE STE 555, TAMPA FL 33602.

December 10, 2013

    Doug Belden,
    Tax Collector of Hillsborough County, Florida


    /s/ Xiomara Gonzalez

    By: Xiomara Gonzalez
    2506 N Falkenburg Rd
    Tampa, Florida 33619
    Telephone:  (813) 635-5210 x5534
    FAX:  (813) 612-6749
    Senior Customer Service Rep, for Doug Belden
    Hillsborough County Tax Collector